

**IT IS ORDERED as set forth below:**

**Date: May 14, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JENNIFER FRANCES AMBROSE, | ) | |
| | ) | Case No. 16-51326-JRS |
| Debtor(s). | ) | |
| _____ | ) | |
| | ) | |
| HOWARD AND SONS AUTOMOTIVE | ) | |
| SERVICES, INC. DBA HOWARD'S | ) | |
| WRECKER SERVICE, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | |
| JENNIFER FRANCES AMBROSE, | ) | Case No. 16-5228 |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

**ORDER AND NOTICE OF RESCHEDULED HEARING
TO SHOW CAUSE**

Plaintiff filed the above referenced adversary proceeding on September 19, 2016.

Accordingly, it is

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Plaintiff shall appear on **June 5, 2018** at **10:45 a.m.** in **Courtroom 1404**, 75 Ted Turner Drive, SW, **Atlanta,** GA to show cause why this adversary proceeding should not be dismissed.

The Clerk is directed to serve the Plaintiff(s), Plaintiff(s) Attorney, Chapter 13 Trustee, the U.S. Trustee, Defendant(s), and Defendant(s) Attorney (if any).

**END OF ORDER**